# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA
# FOURTH DIVISION

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THE ESTATE OF JUSTIN NORMAN; DEBRA MAUCH; JOSHUA and JOANNA MAUCH; and LLOYD and BERTHA NORMAN,<br><br>Defendants. | Civil Action No. 08cv633 PAM/JSM<br><br><br><br>**ORDER FOR JUDGMENT WITH PREJUDICE DISMISSING DEFENDANTS LLOYD AND BERTHA NORMAN** |

The above-referenced matter was considered by the undersigned judge of the district court without a hearing based upon the consent signed by all counsel of record in the above-entitled action and filed with the Court, stipulating that Plaintiff's Complaint against defendants Lloyd and Bertha Norman is dismissed with prejudice and without costs to any party.

The Court, having reviewed the submissions made on behalf of the parties, having heard the arguments of counsel, and being fully advised in the premises, makes the following:

**IT IS ORDERED:**

1. Defendants Lloyd Norman and Bertha Norman are hereby dismissed from the above-captioned matter with prejudice and without costs or attorneys' fees. This dismissal with prejudice includes the dismissal of all claims, whether direct claims or cross-claims, asserted against Lloyd Norman and Bertha Norman in the above-captioned matter.

2. Plaintiff The Prudential Insurance Company of America is hereby discharged from any and all liability to defendants Lloyd Norman and Bertha Norman relating to the Policy

2

and defendants Lloyd Norman and Bertha Norman are hereby forever enjoined from making any claims against Prudential for the proceeds of and/or death benefits payable under the Policy.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: November  18 , 2008                               s/Paul A. Magnuson
                                                                          The Honorable Paul A. Magnuson
                                                                          United States District Court Judge