UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| The Prudential Insurance Co of American, | Civ. No. 08-633 (PAM/JSM) |
| Plaintiff, | **ORDER FOR PAYMENT OF INTERIM ATTORNEYS FEES INCURRED BY THE ESTATE OF JUSTIN NORMAN** |
| v. | |
| The Estate of Justin; Debra Mauch; Joshua and Joanna Mauch; and Lloyd and Bertha Norman, | |
| Defendants. | |

Based on the Stipulation Regarding Payment of Attorneys Fees Incurred by the Estate of Justin Norman (Docket No.46), **IT IS HEREBY ORDERED that**:

The Clerk of Court is hereby directed to issue the following payments out of the proceeds on deposit with the Court in the above-captioned matter:

1. Payment to the law firm of Williams & Iversen, 1611 West County Road B, Suite 208, Roseville, MN 55113, the sum of $6,562.13, reflecting INTERIM fees of $6200 and costs incurred of $362.13 through 12/31/09; and

2. Payment to the law firm of Mulligan & Bjornnes, 401 Groveland Avenue, Minneapolis, MN 55402, the sum of $1,604.33 reflecting INTERIM fees in the amount of $1,571, costs incurred of $13.00, and finance charges of $20.33 through 1/12/2010.

Dated: January 25, 2010

s/Paul A. Magnuson
Paul A. Magnuson
United States District Court Judge