# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| The Prudential Insurance Company of America, | |
| Plaintiff, | Civil Action No.: 08cv633 PAM/JSM |
| vs. | |
| The Estate of Justin Norman; Debra Mauch; Joshua and Joanna Mauch; and Lloyd and Bertha Norman, | ORDER FOR DISBURSEMENT OF FUNDS AND DISMISSAL WITH PREJUDICE |
| Defendants. | |

## ORDER

Based on the stipulation of counsel, the Court makes the following Order:

1. The Clerk of Court is directed to pay $200.00 directly to the law firm of Mulligan & Bjornnes;

2. The Clerk of Court is directed to pay $181,526.07 to the Rinke Noonan Law Firm trust account;

3. The Clerk of Court is directed to pay $106,610.55 to the Knaak & Kantrud, P.A. trust account;

4. The Clerk of Court is directed to calculate any accrued interest on the deposited funds, divide the interest in half, after deducting any applicable court registry fees, and add the interest to the amounts payable under paragraphs 2 and 3 of this Order;

5. The crossclaims asserted by Debra Mauch against all other Defendants are dismissed with prejudice and without costs or disbursements to any party, except those identified in paragraphs 1, 2, 3 and 4 of this Order;

6. All remaining claims asserted by any party in this case are dismissed with prejudice and without costs or disbursements to any party, except those identified in paragraphs 1, 2, 3 and 4 of this Order;

7. Counsel for Defendants Joshua and Joanna Mauch shall serve a copy of this Order on the Clerk of Court and all counsel of record.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:   February   1  , 2010

s/Paul A. Magnuson
Paul A. Magnuson
United States District Court Judge